AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOHN THOMAS ENTLER,

        Plaintiff,

        v.

C/O JOHN DOE,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-5003-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the First Amended Complaint is DISMJISSED with prejudice for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

May 10, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia